IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 23 PM 12: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| CRYSTAL WILSON, | ) |
| Plaintiff, | ) |
| VS. | ) NO. 05-2199 Ml/V |
| JAKE GLOVER, JUAN LUCENO, and CLEVELAND CONSTRUCTION, INC., | ) |
| Defendants. | ) |

ORDER CONDITIONALLY GRANTING MOTION TO APPEAR PRO HAC VICE

This matter is before the Court on the Motion to Allow James D. Ludwig to Appear *Pro Hac Vice* as Counsel for Defendant Cleveland Construction, Inc., filed May 17, 2005.

It is hereby ordered that the motion is CONDITIONALLY GRANTED and that counsel may appear *pro hac vice* upon the submission of an affidavit that he has obtained and is familiar with the local rules of this court, the applicable ethical rules and, the Guidelines of Professional Courtesy and Conduct, pursuant to Local Rule 83.1(b)(1).

IT IS SO ORDERED THIS 23 DAY OF May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02199 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

James D. Ludwig
LAW OFFICE OF JAMES D. LUDWIG
5390 Corseview Dr
Mason, OH 45040

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Honorable Jon McCalla
US DISTRICT COURT