FILED BY _____ D.C.

05 DEC 15 PM 3: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CRYSTAL WILSON, ) | CASE NO. 05-2199-MI V |
| ) | |
| Plaintiff, ) | HON. JON P. McCALLA |
| ) | |
| v. ) | MAGISTRATE DIANE VESCOVO |
| ) | |
| JAKE GLOVER, Individually, ) | |
| JUAN LUCENO, Individually, and ) | |
| CLEVELAND CONSTRUCTION, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT ~~PROPOSED~~ SCHEDULING ORDER

After due consideration, the parties respectfully submit the following Joint Proposed Scheduling Order for approval by the Court:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): January 3, 2006

JOINING PARTIES: February 1, 2006

AMENDING PLEADINGS: February 1, 2006

INITIAL MOTIONS TO DISMISS: March 1, 2006

DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: April 3, 2006

DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: May 1, 2006

COMPLETING ALL DISCOVERY: June 1, 2006

FILING DISPOSITIVE MOTIONS: July 3, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05

advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 2-4 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case may be appropriate for ADR. The parties will revisit the issue after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: December 15, 2005

Respectfully submitted,

_____ per telephone authority
Mark L. Agee (TN# 9127)
Gregory W. Minton (TN# 015584)
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382
(731) 855-4890
Attorney for Plaintiff

MCDONALD KUHN

_____ per authority
Henry T. V. Miller (TN# 7640)
Lisa A. Overall (TN#22969)
119 S. Main Street, Suite 400
Memphis, TN 38103
(901) 526-0606
Attorneys for Defendant Cleveland Construction, Inc.

_____
James D. Ludwig (OH#0065234)
Cleveland Construction, Inc.
5390 Courseview Drive
Mason, Ohio 45040
(513) 398-8900
Attorney for Defendant Cleveland Construction, Inc.

3

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02199 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Henry T.V. Miller
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

James D. Ludwig
LAW OFFICE OF JAMES D. LUDWIG
5396 Courseview Dr.
Mason, OH 45040

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Honorable Jon McCalla
US DISTRICT COURT