IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2199 Ml/V |
| | ) | |
| JAKE GLOVER, Individually, | ) | |
| JUAN LUCENO, Individually, and | ) | |
| CLEVELAND CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on December 15, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last two to four (2-4) days, is set to begin <u>Monday, September 18, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Tuesday, September 12, 2006 at 8:45 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>September 5, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-28-05



Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __27__ day of December, 2005.

*signature*

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02199 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

James D. Ludwig
LAW OFFICE OF JAMES D. LUDWIG
5396 Courseview Dr.
Mason, OH 45040

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Henry T.V. Miller
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT